UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-94-WWB-GJK

IVAN DESIDERIO PERALTA ROSARIO

18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 911
8 U.S.C. § 1326(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 6, 2020, in the Middle District of Florida, the defendant,

**IVAN DESIDERIO PERALTA ROSARIO**,

did willfully and knowingly make a false statement in an application for a United States passport application, Form DS-11, with intent to induce and secure the issuance of a passport under the authority of the United States, for his use and for the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that his name was L.J.M.M, and his date of birth was xx/xx/1991, when in truth and in fact, as the defendant then and

there well knew, L.J.M.M, was not his true name, and xx/xx/1991 was not his true date of birth.

In violation of 18 U.S.C. § 1542.

## COUNT TWO

On or about October 6, 2020, in the Middle District of Florida, and elsewhere, the defendant,

**IVAN DESIDERIO PERALTA ROSARIO**,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name and date of birth of L.J.M.M, during and in relation to a felony violation of false statement in a passport application, in violation of 18 U.S.C. § 1542, as charged in Count One of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT THREE

On or about October 6, 2020, in the Middle District of Florida, and elsewhere, the defendant,

**IVAN DESIDERIO PERALTA ROSARIO**,

the defendant herein, a citizen of Dominican Republic, and therefore, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States in an application for a United States Passport, Form DS-11.

In violation of Title 18, United States Code, Section 911.

## COUNT FOUR

On or about October 21, 2020, in the Middle District of Florida, the defendant,

**IVAN DESIDERIO PERALTA ROSARIO**,

being an alien of the United States, who had been convicted of a felony offense, including: Unauthorized Possession of an Identification Card and Unlawful Use of a False or Fictitious Name in an Application for a Florida Driver's License, on or about March 13, 2019 in the Circuit Court of Osceola County, Florida, and Dealing in Stolen Property on or about July 30, 2019 in the Circuit Court of Osceola County, Florida and was previously deported, excluded, and removed from the United States on or about September 6, 2019, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

## FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 18 U.S.C. § 982(a)(6).

2. Upon conviction of a violation of 18 U.S.C. § 1542, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

3

   a. Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

   b. Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

   c. Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

  3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant

4

to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Terry Livanos
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

5

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## IVAN DESIDERIO PERALTA ROSARIO

### INDICTMENT

Violation:  18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 911
8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 16th day of June, 2021.

_____
Clerk

Bail   $_____